# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-2531
_____

LATAVIUS W. ROBINSON,

   Petitioner,

v.

UNITED WHOLESALE MORTGAGE,
LLC,

   Respondent.

_____

Petition for Writ of Prohibition—Original Proceedings.


May 27, 2026


PER CURIAM.

   DISMISSED as moot.

KELSEY, LONG, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Latavius Robinson, pro se, Petitioner.

No appearance for Respondent.